

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eithan Max Collins,

\* From the 90th District Court
of Stephens County,
Trial Court No. F35668.

Vs. No. 11-23-00108-CR

\* June 27, 2024

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.